

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00026-CV

| | | |
|---|---|---|
| ADAM I. BARROW, Appellant | § | On Appeal from the 431st District Court |
| | § | |
| V. | | of Denton County (18-8946-431) |
| | § | |
| | | September 5, 2019 |
| | § | |
| WELLS FARGO BANK, N.A., Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court to hear and consider Barrow's motion for new trial.

It is further ordered that appellee Wells Fargo Bank, N.A. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth